FILE COPY

No. 07-13-00413-CR

| | | |
|---|---|---|
| James Henry Gibson<br>  Appellant | §<br>§ | From the 47th District Court<br>  of Randall County |
| v. | § | August 25, 2014 |
| The State of Texas<br>  Appellee | §<br>§<br>§ | Opinion by Justice Hancock |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated August 25, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o